ACCEPTED
14-14-00503-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 4:26:36 PM
CHRISTOPHER PRINE
CLERK

# Nos. 14-14-00501-CR, 14-14-00502-CR, and 14-14-00503-CR

In the

## Court of Appeals

For the

## Fourteenth District of Texas

At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/5/2015 4:26:36 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

Nos. 1344552, 1344550, and 1344551
In the 180th Criminal District Court
Of Harris County, Texas

————————◆————————

## TIMOTHY HEARNE

*Appellant*

V.

## THE STATE OF TEXAS

*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1.    Appellant was charged with three counts of indecency with a child.

2.    Appellant entered a plea of "not guilty" to all three allegations.

3.  A jury found appellant guilty as charged in all three cases and later assessed his punishment at confinement for 12 years per count (sentence runs concurrently).

4.  Appellant filed a written notice of appeal on June 11, 2014.

5.  Appellant's brief was filed December 1, 2014.

6.  The State's brief was due December 31, 2014.

7.  The State seeks an extension until January 30, to file its brief.

8.  The following facts are relied upon to show good cause for the requested extension:

    a.  The undersigned attorney has filed the following seven briefs in the last 60 days: Reply to Petition for Writ of Certiorari in the Supreme Court of the United States in *Cole v. State of Texas*, No. 14-6343; Reply to Appellant's Brief on Discretionary Review in *Salinas v. State*, PD-0419-14; Brief on Remand from the Court of Criminal Appeals in *McClintock v. State*, No. 01-11-00572-CR; Petition for Discretionary Review in *Ex parte Bowman*, PD-1375-14; State's Brief on Discretionary Review in *State v. Le*, PD-0605-14; and State's Brief in *Domingaux v. State*, No. 14-14-00122-CR and *Royston v. State*, No. 14-13-00920-CR.

    b.  The undersigned attorney currently has five more briefs due in the next 30 days.

    c.  The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until January 30, 2015.

Respectfully submitted,

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
Texas Bar No. 24025227
holloway_bridget@dao.hctx.net

## CERTIFICATE OF SERVICE

This certifies the undersigned attorney requested that a copy of this document be served to appellant's attorneys via TexFile at the following email on January 5, 2015:

Tonya Rolland McLaughlin
Attorney at Law
Email: (not listed in brief, will use one, if any, on file with TexFile)

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
Texas Bar No. 24025227
holloway_bridget@dao.hctx.net